IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40108
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

BILLY GEESLIN,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-99-CR-242-1
--------------------
November 16, 2000

Before DAVIS, JONES and DEMOSS, Circuit Judges.

PER CURIAM:[*]

    Billy Geeslin appeals from his sentence following his
guilty-plea conviction of distribution of child pornography and
receipt of child pornography.  He contends that the Government
failed to prove that he intended to receive materials involving
prepubescent minors or to distribute or receive materials
portraying sadistic or masochistic conduct or other depictions of
violence.  He also contends that the images in his case did not
portray sadistic or masochistic conduct or other depictions of
violence.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

The district court's finding that the two images that resulted in Geeslin's conviction warranted an adjustment because they portrayed sadistic or masochistic conduct or other depictions of violence was not clearly erroneous. *United States v. Canada*, 110 F.3d 260, 264 & n.5 (5th Cir. 1997). Moreover, the evidence indicated that Geeslin intentionally was involved with sadistic, masochistic, or violent images of prepubescent minors. *See United States v. Kimbrough*, 69 F.3d 723, 734 (5th Cir. 1995); *United States v. Commander*, No. 99-40846, slip op. at 3 (5th Cir. Oct. 2, 2000)(unpublished)(copy attached).

AFFIRMED.